UNITED STATES DISTRICT COURT
<u>NORTHERN DISTRICT COURT OF NEW YORK</u>

MARILYN SMITH,

                Plaintiff,        **<u>NOTICE OF VOLUNTARY DISMISSAL</u>**

-against-                Case No.:  <u>8:17-CV- 01149[GTS/CFH]</u>

NEW YORK STATE DEPARTMENT
OF CORRECTIONS AND COMMUNITY SUPERVISION,

                Defendant.

TO THE CLERK OF THE COURT :

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) the Plaintiff in the above captioned matter by and through her attorney, the Law Office of Patrick Sorsby PLLC, does hereby voluntarily and <u>without prejudice</u> dismiss her causes of action in the above captioned matter (case no. 8:17-CV-01149). Plaintiff will pursue her claims in State Court.

                Respectfully Submitted,

Dated:  February 4, 2018

                LAW OFFICE OF PATRICK SORSBY PLLC

                By_____S/_____
                Patrick Sorsby
                Attorney for the Plaintiff
                Bar Roll No.: 517840
SO ORDERED: 2/6/2018           1568 Central Avenue
                Albany, New York  12205
                Phone: (518) 545-4529
                E-mail: sorsbylaw@gmail.com

*/s/ Christian F. Hummel*
Christian F. Hummel
U.S. Magistrate Judge